PROB 12B
(12/98)



# United States District Court

for

## District of Southern Ohio

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: **Julian M Payne**                                   Case Number: **1:01CR00079**

Name of Sentencing Judicial Officer:    **The Honorable Sandra S. Beckwith**
                                        **Chief United States District Judge**

Date of Original Sentence: **March 11, 2002**

Original Offense: **Larceny, Theft**

Original Sentence: **36 month(s) probation**

Type of Supervision: **Probation**                    Date Supervision Commenced: **March 11, 2002**

## PETITIONING THE COURT

[X]    To extend the term of supervision for 2 years, for a total term of **5** years.
[X]    To modify the conditions of supervision as follows: **You shall reside in and participate in a program of the Community Corrections Center until discharged by the Probation Officer and Center Director, but no longer than 120 days from admission.**

## CAUSE

**On 3-17-04 the defendant was arrested on 13 Counts of Illegal Processing of Drug Documents and 1 Count of Theft, in Hamilton County, Ohio, as previously reported to the Court. After pleading guilty to 4 counts of Illegal Processing Drug Documents, the defendant was sentenced on 12-10-04, to 3 years probation and as an element of the sentence, the defendant is confined to home arrest with electronic monitoring for a period of 4 months.**

**His supervision is scheduled to expire on 3-10-04, however he still owes $6,575.00 of the $7,700.00 restitution which was ordered. To date he has only paid $1,125.00 toward his restitution, and he has not made any payments in a year. Mr. Payne was fired in March 2004 and was living on his unemployment benefits until they expired in August of 2004.**

**This officer is requesting that the defendant's probation be extended for 2 years, and that the defendant's conditions of supervision be modified to allow the defendant to participate in a program of the Community Corrections Center until discharge by**

the Probation Officer and Center Director, but no longer than 120 days from admission. This officer and Mr Payne discussed this case with the Assistant Public Defender, Kelly Johnson. He had no objection to the extension or the modification.

Mr. Payne has executed a Waiver of Hearing to Extend Supervision form and a Waiver of Hearing to Modify The Conditions of Supervision form. Both forms are attached.

Respectfully submitted,

by *(signature)*
Lorraine Cooper
U. S. Probation Officer
Date: **December 14, 2004**

Approved,

by *(signature)* John C. Cole
Supervising U. S. Probation Officer
Date: 12-15-04

THE COURT ORDERS:

[ ] No Action
[✓] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] Other

*(signature)*
Signature of Judicial Officer

12/16/04
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To extend the term of supervision for 2 years, for a total term of 5 years.

Witness: _____        Signed: _____
         U.S. Probation Officer                  Probationer or Supervised Releasee

                        December 14, 2004
                             DATE

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall reside in and participate in a program of the Community Corrections Center until discharged by the Probation Officer and Center Director, but no longer than 120 days from admission.

Witness: _____          Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

_____December 14, 2004_____
DATE