PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

FILED
JAMES BONINI
CLERK

07 JAN 25 PM 2: 24

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Name of Offender: **Julian M Payne**                                    Case Number: **1:01CR00079**

Name of Sentencing Judicial Officer:    **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **March 11, 2002**

Original Offense: **Theft of Bank Funds**

Original Sentence: **36 month(s) probation. On March 10, 2005, supervision was extended by 2 years, for a total term of 5 years.**

Type of Supervision: **Probation**                    Date Supervision Commenced: **March 11, 2002**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Failure to pay restitution; The defendant was ordered to pay $10,150.00 restitution. To date, the defendant has paid $1,655.00 toward restitution. |

U.S. Probation Officer Action:
**The defendant works part time and earns approximately $400.00 per month. He is a full time student and resides with his parents. Therefore, in light of the above, it is respectfully recommended that the defendant's supervision be allowed to expire as scheduled on 3-10-07. The government and the**

PROB 12A
(12/98)

2

victim have been notified and the defendant has executed a Consent Agreement, which is attached.

| | Respectfully submitted, | | Approved, |
|---|---|---|---|
| by | *[signature]* | by | *[signature]* Marc R. [illegible] for |
| | Lorraine Cooper | | John Cole |
| | U. S. Probation Officer | | Supervising U. S. Probation Officer |
| | Date:  January 18, 2007 | | Date:  January 18, 2007 |

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

1/25/07
Date



U.S. Department of Justice
*Financial Statement of Debtor*
(Submitted for Government Action on Claims Due the United States)
NOTE: Use additional sheets where space on this form is insufficient or continue on back of last page.

## FINANCIAL STATEMENT OF DEBTOR

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, et seq.; 31 U.S.C. 951, et seq.; 44 CFR 3101; 4 CFR 101, et seq.; 28 CFR 0.160, 0.171 and Appendix to Subpart Y. Fed R.Civ.P. 33(a), 28 U.S.C. 1651, 3201 et seq.

The principal purpose for gathering this information is to evaluate your ability to pay the Government claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register: Justice/CIV-001 at page 53321; Justice/TAX-001 at page 15347; Justice/USA-00 at pages 53408-53410, Justice/CRIM-016 at page 12774. If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

**Section 1 — Personal Information**

1. Full Name(s) Julian M. Payne
   Street Address: 513 Betton Str
   City Cincinnati   State OH   Zip 45214
   County of Residence: Hamilton
   How long at this address? 9 months

3. Your Social Security Number: [redacted]
4. Your Date of Birth 12.3.79
5. ☐ Own Home  ☐ Rent  ☒ Other (specify, i.e. share rent, live with relative) live with parent

1a. Home Telephone: [redacted]
1b. Cellular Number: [redacted]
2. Marital Status:
   ☐ Married  ☐ Separated
   ☒ Not Married (single, divorced, widowed)
2a. Spouse's Name _____
2b. Spouse's Date of Birth _____

6. List the dependants you can claim on your tax return

| First Name | Relationship | Age | Does this person live with you? |
|---|---|---|---|
|  |  |  | ☐ Yes ☐ No |
|  |  |  | ☐ Yes ☐ No |
|  |  |  | ☐ Yes ☐ No |

**Section 2 — Employment Information**

7. Your employer Panera Bread
   Street Address _____
   City Cincinnati   State OH   Zip 452__
   Work telephone No. (513) 871-1772
   7a. How long with this employer? 3 months
   7b. Occupation (title) Crew Member

8. Spouse's employer _____
   Street Address _____
   City _____   State _____   Zip _____
   Work telephone No. ( ) _____
   8a. How long with this employer? _____
   8b. Occupation (title) _____

★★★★★ ATTACHMENTS REQUIRED: Please provide proof of gross earnings and deductions for the past 3 months from each employer (i.e. pay stubs, earning statements).

**Section 3 — Your Business Information**

9. Are you or your spouse self-employed or operate a business? (Check "Yes" if either applies)
   ☐ Yes   ☒ No   If yes, provide the following information:
   9a. Name of Business _____   9c. Employer Identification No. _____
   9b. Street Address _____
   City _____   State _____   Zip _____   Telephone ( ) _____

★★★★★ ATTACHMENTS REQUIRED: Please provide proof of self-employment income for the prior 3 months (i.e. invoices, commissions, sales records, income statement)

Name **Julian M Payne**          SSN ███████████          Page  2

---

**Section 4**
Other Income Information

10. Do you receive income from sources other than your employer and/or own business (Check all that apply)

☐ Pension          ☐ Social Security          ☐ Other (specify, i.e. child support, alimony, rental property)

★★★★★ **ATTACHMENTS REQUIRED**: Please provide proof of pension/social security/other income for the past 3 months from each payor, including any statements showing deductions.

---

**Section 5**
Banking, Investment, Cash, Credit and Life Ins. Information

**11. CHECKING ACCOUNTS.** List all checking accounts

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 11a. | Checking | Name _____ Address _____ City ____ State ____ Zip ____ | _____ | $ _____ |
| 11b. | Checking | Name _____ Address _____ City ____ State ____ Zip ____ | _____ | $ _____ |

**12. OTHER ACCOUNTS.** List all other accounts including savings, brokerage and money market, not listed in 11.

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 12a. | Savings | Name **Greater Cinti Credit Union** Address _____ City ____ State ____ Zip ____ | ███████ | $ **5.00** |
| 12b. | _____ | Name _____ Address _____ City ____ State ____ Zip ____ | _____ | $ _____ |

★★★★★ **ATTACHMENTS REQUIRED.** Please include your current bank/financial statements for the **past 3 months** for **all accounts.**

**13. INVESTMENTS.** List all investment assets below. Include stocks, bonds, mutual funds, stock options, certificates of deposits and retirement assets such as IRAs, Keogh and 401(k) plans.

| | Name of Company | Number of Shares | Current Value |
|---|---|---|---|
| 13a. | **NONE** | _____ | $ _____ |
| 13b. | _____ | _____ | $ _____ |
| 13c. | _____ | _____ | $ _____ |

**14. CASH ON HAND.** Include any money that you have that is not in the bank.

14a. Total Cash on Hand  $ **5.00**

**15. CREDIT DEBT.** List all lines of credit, including credit cards and signature loans.
(Attach a separate sheet if you need more space.)

| 15a. | Full name of Credit Institution | Credit Limit | Current Balance | Minimum Monthly Payment |
|---|---|---|---|---|
| | Name _____ Address _____ City ____ State ____ Zip ____ | $ _____ | $ _____ | $ _____ |

Name _____   SSN _____   Page   3

| Section 5 (continued) | 15b. Full name of Credit Institution  Credit Limit  Current Balance  Minimum Monthly Payment |
|---|---|

Name _____  $ _____  $ _____  $ _____
Address _____
City _____  State _____  Zip _____

15c. Full name of Credit Institution   Credit Limit   Current Balance   Minimum Monthly Payment
Name _____  $ _____  $ _____  $ _____
Address _____
City _____  State _____  Zip _____

**16. LIFE INSURANCE.**
Do you have life insurance with a cash value?   ☐ Yes   ☒ No   (Term Life Insurance does not have a cash value)
16a. Name of Insurance Company _____
16b. Policy Number(s) _____
16c. Owner of Policy _____
16d. Current Cash Value $ _____
16e. Outstanding Loan Balance (if applicable) $ _____

**Section 6**
**Other**

**17. OTHER INFORMATION.** Respond to the following questions related to your financial condition:
    (Attach a separate sheet if you need more space.)
17a. Do you have a safe deposit box?   ☐ Yes   ☒ No
    If yes, please include the name and address of location of box, the box number and the contents below:
    _____
    _____

17b. Do you have a will?   ☐ Yes   ☒ No; if yes, where is it kept? _____
17c. Are there any garnishments against your wages   ☐ Yes   ☒ No   If yes, who is the creditor? _____
_____   Date of Judgment _____   Amount of Debt $ _____
17d. Are there any judgments against you?   ☐ Yes   ☒ No   If yes, who is the creditor/plaintiff? _____
_____   Date of Judgment _____   Amount of Debt $ _____
17e. Are you a party to a lawsuit?   ☐ Yes   ☒ No   If yes, amount of suit $ _____
Possible completion date _____   Court _____
Subject of suit _____
17f. Have you ever filed bankruptcy?   ☐ Yes   ☒ No
If yes, date filed _____   Date discharged _____
17g. In the past 10 years have you transferred any assets out of your name for less than their actual value?
☐ Yes   ☒ No   If yes, what asset(s)? _____   Value of asset at time of transfer $ _____
When was it transferred? _____   To whom was it transferred? _____
17h. Do you anticipate any increase in household income in the next 2 years?   ☐ Yes   ☒ No
If yes, why will the income increase? _____   How much will it increase? _____
17i. Are you a beneficiary of a trust or an estate?   ☐ Yes   ☒ No   If yes, name of trust/estate? _____
If yes, anticipated amount to be received? $ _____   When will amount be received? _____
17j. Are you a participant in a profit sharing plan?   ☐ Yes   ☒ No
If yes, name of plan? _____   Value of plan $ _____

Name  Julian Payne                SSN ▓▓▓▓▓▓▓▓▓                Page  4

| Section 7 | **18. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (if you need additional space, attach a separate sheet.) |
|---|---|

Assets and Liabilities

\* Current Value is the amount you could sell the asset for today

| Description (year, make, model) | *Current Value | Current Loan Balance | Name of Lender | Purchase Date | Monthly Payments |
|---|---|---|---|---|---|
| 18a. NONE | $ | $ | | | $ |
| 18b. _____ | $ | $ | | | $ |

**19. LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc. (if you need additional space, attach a separate sheet.)

| Description (year, make, model) | Current Lease Balance | Name of Lender | Lease Date | Monthly Payments |
|---|---|---|---|---|
| 19a. NONE | $ | | | $ |
| 19b. _____ | $ | | | $ |

★★★★★ **ATTACHMENTS REQUIRED.** Please include your current statement from lender with monthly vehicle payment and current balance of the loan for each vehicle purchased or leased.

**20. REAL ESTATE.** List all real estate you own. (If you need additional space, attach a separate sheet.)

| Lender/Lien Holder Street Address, City State, Zip | Actual Property Street Address, City State, Zip | Date Purchased | Purchase Price | Current Balance | Monthly Payment |
|---|---|---|---|---|---|
| 20a. NONE | | | $ | $ | $ |
| 20b. _____ | | | $ | $ | $ |

**21. PERSONAL ASSETS.** List all personal assets below. (If you need additional space, attach a separate sheet.)
*Line 21a. Furniture/Personal effects* includes the total current market value of your household such as furniture and appliances.
*Line 21b. Other* includes all jewelry, artwork, antiques, collections and/or other assets not already listed on this statement.

| Description | Current Value | Loan Balance | Lender | Monthly Payment |
|---|---|---|---|---|
| 21a. Furniture/Personal Effects (see note above) | $ | $ | | $ |
| 21b. Other (see note above) NONE | $ | $ | | $ |
| _____ | $ | $ | | $ |
| _____ | $ | $ | | $ |
| _____ | $ | $ | | $ |
| _____ | $ | $ | | $ |
| _____ | $ | $ | | $ |
| _____ | $ | $ | | $ |

Name_____  SSN_____  Page   5

**Section 7**  **TOTAL INCOME**
Monthly
Income and
Expense

| Source | Monthly |
|---|---|
| 22a. Gross Wages (you) | $ 750.00 |
| 22b. Gross Wages (spouse) | $ 0 |
| 22c. Interest/Dividends | $ 0 |
| 22d. Net Business Income | $ 0 |
| 22e. Net Rental Income | $ 0 |
| 22f. Pension/Social Security (you) | $ 0 |
| 22g. Pension/Social Security (spouse) | $ 0 |
| 22h. Child Support | $ 0 |
| 22i. Alimony | $ 0 |
| 22j. Other | $ 0 |

NOTE:
Even if only one spouse has a debt, but both have income, list the total household income and expenses.

**DEDUCTIONS FROM WAGES**
(including spouses)

| | Monthly |
|---|---|
| 24a. Taxes (Federal, State, FICA, etc.) | $ 150 |
| 24b. Insurance | $ 0 |
| 24c. Union Dues | $ 0 |
| 24d. Other (specify) | |
| _____ | $ |
| _____ | $ |

**TOTAL LIVING EXPENSES**
Expense Items (We generally do not allow you to claim tuition for private schools, college expenses, charitable donations, or voluntary retirement contributions.)

| Items | Actual Monthly |
|---|---|
| 23a. Rent/Mortgage | $ . |
| 23b. Electric | $ 0 |
| 23c. Natural Gas | $ 0 |
| 23d. Cable TV | $ ~~25~~ |
| 23e. Telephone | $ 0 |
| 23f. Water | $ 0 |
| 23g. Food | $ 50 |
| 23h. Car Payment | $ 0 |
| 23i. Gasoline | $ 0 |
| 23j. Car Insurance | $ ~~5~~ 0 |
| 23k. Cell Phone/Pager | $ 50 |
| 23l. Clothing & Misc. | $ 50 |
| 23m. Court Ordered Payments | $ 250 |
| 23n. Child Support | $ 0 |
| 23o. Child/Dependant Care | $ 0 |
| 23p. Life Insurance | $ 0 |
| 23q. Other expenses (specify) | |
| _____ | $ |
| _____ | $ |
| _____ | $ |

★★★★★ **ATTACHMENTS REQUIRED**. Please include:
- A copy of your last Form 1040 with all schedules
- Proof of all current expenses that you paid for last 3 months, including utilities, rent, insurance, property taxes, etc.
- Copies of any court order requiring payment and proof of such payments for the last 3 months.
- Copies of any paperwork to support claims on lines 22j, 23q or 24d.

**CERTIFICATION**

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct and complete, and I further declare that I have no assets, owned either directly or indirectly or income of any nature other than as shown in this statement, including any attachment.

_____    ███████████████    12-11-06
Signature                        Social Security No.    Date

**WARNING**

False statements are punishable up to five years imprisonment, a fine of $250,000 or both pursuant to 18 U.S.C. §1001.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__Western__ DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

__Julian M Payne__,

Defendant.

: CASE NO: __1:01CR00079__
: JUDGE __Sandra S Beckwith__

### NOTICE OF CONSENT AGREEMENT

On __March 11, 2002__, the Court entered a Judgment against Defendant, __Julian Payne__, imposing special assessments, fines and/or restitution in the amount of $__10,150.00__. As of __December 12, 2006__, there remains a balance due of $__8,495.00__, inclusive of interest, if applicable.

The United States of America and __Julian Payne__, hereby stipulate and agree to enter into a payment schedule to satisfy the balance of $__8,495.00__, plus statutory interest of ___ pursuant to 18 U.S.C. §3612(f) pursuant to the following terms:

1.  The Defendant, __Julian Payne__, shall pay the sum of no less than $__100.00__ per month, on or before the first day of each month, beginning the first day of the month following expiration of supervision and continuing each and every month thereafter until the entire obligation is paid in full, including any accrued interest.

2.  The Defendant, _Julian Payne_, shall send the monthly payments by cashier's check or money order, made payable to the *Clerk, United States District Court*, and mailed to:

> Clerk's Office
> U.S. District Court
> Joseph Kinneary Building
> 85 Marconi Blvd., Room 260
> Columbus, Ohio 43215

**NOTE: The case number and defendant's name must be printed on the check.**

3.  The Defendant, _Julian Payne_, agrees and understands that he must submit an updated Financial Statement to the United States for annual review upon demand. Upon review of the Financial Statement, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the monetary obligation.

4.  The Defendant, _Julian Payne_, understands that besides the regular monthly payment, the United States may submit the debt to the Department of Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payments Defendant would normally receive may be offset and applied to this debt.

5.  The Defendant, _Julian Payne_, agrees and understands that if any payment is not timely made on or before the date when due, or if Defendant fails to submit financial documentation or agree to an increase in monthly payments as described in paragraph 3 above, then the entire unpaid balance then remaining shall become immediately due and payable without demand or notice of any kind, and the United States of America may take action as it has a legal right to do to collect all of the money due it by execution, levy, garnishment, offset or otherwise.

6. The Defendant, Julian Payne, shall be obligated to notify the United States Attorney's Office, Southern District of Ohio, in writing of any material change in his financial situation or ability to pay, and of any change in his employment or place of residence. Unless otherwise notified by the United States, all such information shall be sent to the Financial Litigation Unit, United States Attorney's Office, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215-2401.

7. The Defendant, Julian Payne, understands that the United States has filed or will file a lien against all real and personal property in which Plaintiff has (or will have) a substantial interest and that the filing of such lien (or assertion of such lien in the event any such property is sold, transferred, refinanced or used as collateral) shall not constitute a violation of the terms of this agreement.

8. The parties agree that upon the complete satisfaction of the judgment entered herein, the United States will file a satisfaction of judgment upon the records of this Court and upon the records of any other Court in which it may be recorded and will remove the lien of said judgment wherever recorded.

The parties consent to the terms of the above-specified agreement.

_Julian M Payne_  12-11-06
Defendant:    Date
Address.... 513 Betton Str Cinti, Ohio 45214

_____  12-12-06
Probation officer, USPO    Date

GREGORY G. LOCKHART
UNITED STATES ATTORNEY


_____          _____
Deborah F. Sanders                      Date
Assistant United States Attorney